**FILED**
Feb 26 2021
2:17 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ soniad    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BLANCA JANNET FLORES-VILLAR,<br><br>    Defendant. | Case No.   '21 CR0635 GPC<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |

The grand jury charges:

### Count 1

On or about November 9, 2020, within the Southern District of California, defendant BLANCA JANNET FLORES-VILLAR, did forcibly assault a person designated in Title 18, United States Code, Section 1114, to wit: defendant intentionally struck and made physical contact with United States Customs and Border Protection Officer K. Golden, an employee of the Department of Homeland Security, an agency in a branch of the United States Government, by opening and striking Officer Golden with a vehicle door, while Officer Golden was engaged in and on account of the performance of official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

ERO:nlv:San Diego:2/25/21

Count 2

On or about November 9, 2020, within the Southern District of California, defendant BLANCA JANNET FLORES-VILLAR, did forcibly assault a person designated in Title 18, United States Code, Section 1114, to wit: defendant intentionally struck and made physical contact with United States Customs and Border Protection Officer K. Golden, an employee of the Department of Homeland Security, an agency in a branch of the United States Government, by throwing a closed-fist strike at Officer Golden's head, throwing an opened-fist strike at Officer Golden's head, and grabbing Officer Golden's right shoulder, while Officer Golden was engaged in and on account of the performance of official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

DATED: February 26, 2021.

ROBERT S. BREWER, JR.
United States Attorney

By: _/s/ Eric R. Olah_
ERIC R. OLAH
Assistant U.S. Attorney